ACCEPTED
04-15-00271-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/21/2015 3:42:42 PM
KEITH HOTTLE
CLERK

**No. 04-15-00271-CV**

IN THE FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/21/2015 3:42:42 PM
KEITH E. HOTTLE
Clerk

ROWLAND J. MARTIN,
Appellant

v.

BEXAR APPRAISAL REVIEW BOARD AND BEXAR APPRAISAL
DISTRICT
Appellees.

## REQUEST FOR JUDICIAL NOTICE OF PUBLIC RECORDS

ELIZABETH CONRY DAVIDSON
Attorney at Law
State Bar No. 00793586
926 Chulie Drive
San Antonio, TX 78216
Telephone No.: (210) 380-4899
Facsimile No.:  (210) 568-4036

EVERTSON & SANCHEZ, P.C.
Karen Evertson
State Bar No. 00797745
8213-A Shoal Creek Boulevard, Suite 109
Austin, Texas  78757
Telephone No.: (512) 323-0797
Facsimile No.: (512) 532-6598

**Attorney for Appellees**

TO THE HONORABLE JUDGES OF THIS COURT:

Appellees, Bexar Appraisal District and Bexar Appraisal Review Board respectfully present this, their Request for Judicial Notice of Public Records, and in support thereof would show the Court as follows:

This appeal as presented by Mr. Martin references facts and occurrences that are not found in the record on appeal. Also, responding to some of Mr. Martin's contentions is impossible because of the inadequacy of the record below in the probate court. Thus, it is impossible to supplement the record on appeal from the record in the probate court. Fortunately, there are numerous public documents available from court records and government entities' websites that help fill in the factual details highly relevant to this case.

An appellate court can take notice of facts not noticed by a trial court. *Harper v. Killion,* 162 Tex. 481, 348 S.W.2d 521 (1961). There is no requirement that in order for judicial notice of domestic judgments to be taken, a party must offer the document sought to be noticed pursuant to the rules of evidence. *Fender v. St. Louis Southwestern Railway Co.,* 513 S.W.2d 131, 134 (Tex.Civ.App.—Dallas

1974, writ ref'd n.r.e.), *cert. denied,* 421 U.S. 913, 95 S.Ct. 1569, 43 L.Ed.2d 778. As a result, Appellees are presenting with their brief and motions in this case appendices containing some public documents that they seek judicial notice of by this Court. These documents, which are attached to this motion, include:

- State Bar of Texas, State Bar of Pennsylvania and State Bar of New York website search results;
- Notice of Hearing Distressed Property – Potential Demolition dated February 7, 2006 (City of San Antonio);
- Notice of Hearing Distressed Property – Potential Demolition dated March 5, 1999 (City of San Antonio);
- Application for Homestead Exemption (Bexar County Appraisal District)
- Web search results for 951 Lombrano showing homestead exemption applied to property (Bexar Appraisal District);
- Notices from Bexar Appraisal District regarding the properties at issue;
- Records of the Bexar County Tax Assessor Collector regarding payment of taxes on the properties at issue;
- Search results from www.pacer.gov;
- Search results from the Bexar County and District Clerks;
- Search results from TAMES.

Every one of the above-referenced documents involves matters of public record. As such, they are capable of accurate and ready determination by resort to a source whose accuracy cannot be reasonably questioned. Tex.R.Civ.Evid. 201(b). Courts may take

judicial notice, whether requested by a party or on their own, at any stage of the proceedings. Tex.R.Civ.Evid. 201(c), (f).

Texas Rule of Evidence 201 sets forth the procedure for the court to take judicial notice of adjudicative facts. Tex.R. Evid. 201. Section (b) describes the kinds of facts that may be judicially noticed: "A judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Tex.R. Evid. 201(b). In order to be judicially noticed, a fact must be a matter of common knowledge, verifiable without the necessity of an assessment of the truth and veracity of an interested witness in a particular case. *First National Bank of Amarillo v. Jarnigan*, 794 S.W.2d 54, 61 (Tex.App.-Amarillo 1990, writ denied). Once judicially noticed, the undisputed fact becomes a matter of law. *Kennedy v. General Geophysical Co.*, 213 S.W.2d 707, 710 (Tex.Civ.App.—Galveston 1948, writ ref'd n.r.e.).

One category of documents Appellees request this court to take judicial notice of includes the records of this Court and other courts

involving Mr. Martin and the events underlying this case. Public records in their original form, such as courts' files, are self-authenticated. *Sparkman v. Kimmey*, 970 S.W.2d 654, 659 (Tex. App. 1998); s*ee* Tex.R.Civ.Evid. 901(b)(7). It is well-recognized that a trial court may generally take judicial notice of its own records in a case involving the same subject matter between the same or practically the same parties. *Gardner v. Martin,* 162 Tex. 156, 345 S.W.2d 274, 276 (Tex.1961); *Briones v. Solomon,* 769 S.W.2d 312, 319 (Tex.App.-San Antonio 1989, writ denied); *Escamilla v. Estate of Escamilla,* 921 S.W.2d 723, 726 (Tex.App.-Corpus Christi 1996, writ denied); *McCurry v. Aetna Cas. and Sur. Co.,* 742 S.W.2d 863, 867 (Tex.App.—Corpus Christi 1987, writ denied).

An appellate court may also take judicial notice of its own records in the same or related proceedings involving same or nearly same parties, *Turner v. State*, 733 S.W.2d 218, 223 (Tex. Crim. App. 1987);*Huffman v. State,* 479 S.W.2d 62, 68 (Tex.Cr.App.1972); *Ex parte Flores,* 537 S.W.2d 458 (Tex.Cr.App.1978). Specifically, an appellate court may judicially notice an adjudicative fact not subject to reasonable dispute in that it is either (1) generally known within the

territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Tex.R. Evid. 201(b). The facts described by Rule 201(b)(1) are known as "notorious facts" and the facts described by Rule 201(b)(2) are known as "verifiably certain facts." *Tranter v. Duemling,* 129 S.W.3d 257, 262 (Tex.App.-El Paso 2004, no pet.), *quoting Cathy Cochran, Texas Rules of Evidence Handbook* 138–41 (5th ed. 2003). In this connection, Mr. Martin has been involved in numerous prior lawsuits involving the subject matter of this case, as well as other related lawsuits involving similar subject matter. He also has been sanctioned by federal courts and this court has recited quotes from those sanction orders in a prior opinion in a previous appeal by Mr. Martin from the instant probate proceeding, but involving other issues. All of this information is available from public court databases or from their physical files.

Another category of documents Appellees ask this Court to judicially notice are state bar records regarding Mr. Martin's bar membership, or lack thereof, in Texas or any other state. An appellate court may take judicial notice of whether an attorney holds a license

-6-

to practice law in Texas. *Hunnicutt v. State,* 531 S.W.2d 618, 623 (Tex.Crim.App.1976); *Devereaux v. Daube,* 185 S.W.2d 211, 213 (Tex.Civ.App.—Fort Worth 1945, no writ). Texas appellate courts have even consulted the Texas Legal Directory to verify an attorney's practice within this jurisdiction. *Maddox v. State,* 591 S.W.2d 898, 900 (Tex.Crim.App.1979), *cert. denied,* 447 U.S. 909, 100 S.Ct. 2994, 64 L.Ed.2d 859.

The third category of documents the Appellees request this Court to judicially notice are public documents of government entities, some of which are available on the internet, some of which can be obtained directly from those entities. For example, appellate courts have taken judicial notice of city council meeting minutes available on the city's website. *City of El Paso v. Fox*, 458 S.W.3d 66, 71-72 (Tex. App. – El Paso 2014, no pet.) (taking judicial notice of city council minutes *sua sponte*); *Lazarides v. Farris,* 367 S.W.3d 788, 799 (Tex.App.-Houston [14th Dist.] 2012, no pet.) (taking judicial notice that the minutes were available on the city's website); *Langdale v. Villamil,* 813 S.W.2d 187, 190 (Tex.App.-Houston [14th Dist.] 1991, no writ) (acknowledging that a court may take judicial notice of matters

of public record, whether requested by a party or on its own motion, for the first time on appeal). Specifically, the documents included in this category are all public governmental records of the Bexar Appraisal District, Bexar County Appraisal Review Board, the City of San Antonio, and the Bexar County Tax Assessor Collector.

## CONCLUSION AND PRAYER

Based upon the foregoing, Appellees respectfully request that this Court take judicial notice of the referenced (and attached) public records in this appeal.

WHEREFORE, PREMISES CONSIDERED, Appellees pray that this Court will grant the request for it to take judicial notice of the attached documents.

Respectfully submitted,

Elizabeth Conry Davidson
926 Chulie Drive
San Antonio, Texas 78216
Telephone No. (210) 380-4899
Facsimile No. (210) 225-2300
conrydavidson@gmail.com


/s/ Elizabeth Conry Davidson
Elizabeth Conry Davidson
State Bar No. 00793586
**ATTORNEY FOR APPELLEES**

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with the opposing party, Rowland Martin, regarding the subject matter and substance of the foregoing Motion and he has indicated that he does oppose this Motion.

/s/ Elizabeth Conry Davidson
ELIZABETH CONRY DAVIDSON


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was delivered to the following in accordance with the Texas Rules of Civil and Appellate Procedure on this the 21st day of October, 2015:

Rowland J. Martin
950 Lombrano
San Antonio, Texas 78207
moroco676@aol.com

/s/ Elizabeth Conry Davidson
ELIZABETH CONRY DAVIDSON

Tab A    State Bar of Pennsylvania, State Bar of New York and State Bar of Texas website search results.

Tab B    Notice of Hearing Distressed Property – Potential Demolition dated February 7, 2006

Tab D    Notice of Hearing Distressed Property – Potential Demolition dated March 5, 1999

Tab E    Application for Homestead Exemption and Bexar County Appraisal District web search results for 951 Lombrano

Tab F    Notices of Appraised Value

Tab G    Tax Payment Records of Bexar County Tax Assessor Collector for Henry

Tab H    Tax Payment Records of Bexar County Tax Assessor Collector for Lombrano

Tab K    Search results from Pacer Case Locator

Tab L    Search results from Bexar County and District Clerks

Tab M    Search results from TAMES

**Find a Lawyer**
*for the public*

**Find a Colleague**
*for lawyers*

*- Search by -*

**CONTACT INFORMATION**

Rowland

Martin

Law Firm / Organization Name

Bar Card Number

↻ *Clear*

*- and / or -*

**LOCATION**

City

Select County ⌄

Select State ⌄

Zip

↻ *Clear*

*- and / or -*

## CERTIFICATION AND SERVICES

| TBLS Certification | ⌄ |
|---|---|

| Practice Area | ⌄ |
|---|---|

| Services Provided | ⌄ |
|---|---|

| Language | ⌄ |
|---|---|

| Law School | ⌄ |
|---|---|

↻ *Clear*

**SUBMIT**

The Online Membership Directory provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as outlined in Section 81.115 of the Texas Government Code. The information contained herein is provided "as is" with no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any employee thereof may be held responsible for the accuracy of the data. Much of the information has been provided by the attorney and is required to be reviewed and updated by the attorney annually. Texas grievance/disciplinary information will not appear on the profile until a final determination is reached. Access to this site is authorized for public use only. Any unauthorized use of this system is subject to both civil and criminal penalties. This does not constitute a certified lawyer referral service.

*Sort by:*    Last Name    ⌄

*Filter by:*

**ALL**    ELIGIBLE TO PRACTICE    NOT ELIGIBLE TO PRACTICE    INACTIVE    DECEASED    ◤

Your search has returned no result.

The Online Membership Directory provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as outlined in Section 81.115 of the Texas Government Code. The information contained herein is provided "as is" with no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any employee thereof may be held responsible for the accuracy of the data. Much of the information has been provided by the attorney and is required to be reviewed and updated by the attorney annually. Texas grievance/disciplinary information will not appear on the profile until a final determination is reached. Access to this site is authorized for public use only. Any unauthorized use of this system is subject to both civil and criminal penalties. This does not constitute a certified lawyer referral service.

# The Disciplinary Board
of the Supreme Court of Pennsylvania

## PA Attorney Information

## Rowland J. Martin Jr.

| | |
|---|---|
| **PA Attorney ID:** | 52047 |
| **Current Status:** | Administrative Suspension |
| **Date of Admission:** | 05/18/1988 |
| **Lawfirm:** | |
| **Other Organization:** | Co-Counsel, Inc. |
| **District:** | O |
| **County:** | Out of State |
| **Public Access Address:** | APARTMENT 8-S 39 E 39TH STREET PATERSON, NJ 07514 |
| **Tel:** | 973 523-4615 |
| **Fax:** | - |
| **Comment:** | |
| **Discipline:** | |

©2007-2015 The Disciplinary Board of the Supreme Court of Pennsylvania. | **Disclaimer** | **DB ADA Policy**

For questions or comments regarding the website, please contact us at **web.support@pacourts.us.**



## Attorney Search

To search you must enter at least the first character of the Attorney's first name OR the first character of the Attorney's middle name AND the first character of the last name. To narrow your search enter the Attorney's full name.

**Required Fields:**

First Name: `rowland`

Middle Name: ` `

Last Name: `martin`

**Sort by:**

- ○ City
- ● Last Name
- ○ State
- ○ Registration Number
- ○ Registration Status
- ○ Year Admitted

**Search Results: 1 Returned**

**Click on the attorney's name below to view additional details, including business address, phone number and disciplinary history (if any).**

| | Attorney Name *(Click name for details)* | Registration Number | City | State | Year Admitted | Registration Status |
|---|---|---|---|---|---|---|
| 1 | ROWLAND J. MARTIN JR | 2815116 | | | 1997 | Suspended |

[ Search Again ]

If the name of the attorney you are searching for does not appear, please try again with a different spelling. In addition, please be advised that attorneys listed in this database are listed by the name that corresponds to their name in the Appellate Division Admissions file. There are attorneys who currently use a name that differs from the name under which they were admitted. If you need additional information, please contact the NYS Office of Court Administration, Attorney Registration Unit at 212-428-2800 or email attyreg@nycourts.gov.

www.NYCOURTS.gov



# New York State Unified Court System



**Attorney Search**

**Attorney Registration**

**Registered In-House Counsel Search**

**In-House Counsel Registration**

**Resources**

**E-Courts**

**Contact Us**

COURTS

LITIGANTS

ATTORNEYS

JURORS

JUDGES

CAREERS

SEARCH

## *Attorney Detail*

*as of 10/20/2015*

**Registration Number:**      2815116

**ROWLAND J. MARTIN JR**

**E-mail Address:**
**Year Admitted in NY:**      1997
**Appellate Division**
**Department of Admission:**      1
**Law School:**      UNIVERSITY OF TEXAS
**Registration Status:**      Suspended
**Next Registration:**      Jan 2017

**Disciplinary History:**

     **Suspended**          **Effective Date:** 10/21/2010
     *Ordered by Appellate Division 1st Department*
     **View Possible Court Decisions Imposing Discipline**

[ Search Again ]

The Detail Report above contains information that has been provided by the attorney listed, with the exception of REGISTRATION STATUS, which is generated from the OCA database. Every effort is made to insure the information in the database is accurate and up-to-date.

The good standing of an attorney and/or any information regarding disciplinary actions must be confirmed with the appropriate Appellate Division Department. Information on how to contact the **Appellate Divisions** of the Supreme Court in New York is available at www.nycourts.gov/courts.

If the name of the attorney you are searching for does not appear, please try again with a different spelling. In addition, please be advised that attorneys listed in this database are listed by the name that corresponds to their name in the Appellate Division Admissions file. There are attorneys who currently use a name that differs from the name under which they were admitted. If you need additional information, please contact the NYS Office of Court Administration, Attorney Registration Unit at 212-428-2800.

www.NYCOURTS.gov

| Matter of Attorneys Who Are in Violation of Judiciary Law Section 468-a |
| :---: |
| 2010 NY Slip Op 07468 [79 AD3d 81] |
| October 21, 2010 |
| Per Curiam |
| Appellate Division, First Department |
| Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431. |
| As corrected through Wednesday, January 26, 2011 |

[*1]

| In the Matter of Attorneys in Violation of Judiciary Law § 468-a, Respondents. Departmental Disciplinary Committee for the First Judicial Department, Petitioner. |
| :---: |

First Department, October 21, 2010

APPEARANCES OF COUNSEL

*Alan W. Friedberg, Chief Counsel, Departmental Disciplinary Committee*, New York City (*Mady J. Edelstein* of counsel), for petitioner.

No appearances for respondents.

{**79 AD3d at 81} OPINION OF THE COURT

Per Curiam.

Section 468-a of the Judiciary Law requires every resident and nonresident attorney admitted to practice in the State of{**79 AD3d at 82} New York to file a biennial registration statement with the administrative office of the courts. A biennial registration fee must be paid at the time the statement is filed. This registration statement, which is mailed every two years by the Office of Court Administration to every attorney so

admitted, must be timely filed and the fee paid regardless of whether the attorney is actually engaged in the practice of law in New York or elsewhere. Attorneys who certify to the Chief Administrator of the Courts that they have retired from the practice of law are exempt from paying the registration fee at the time the statement is filed. Subdivision (5) of the statute provides further that "[n]oncompliance by an attorney with the provisions of this section and the rules promulgated hereunder shall constitute conduct prejudicial to the administration of justice and shall be referred to the appropriate appellate division of the supreme court for disciplinary action."

Pursuant to this provision, petitioner Departmental Disciplinary Committee seeks an order suspending from the practice of law certain attorneys (whose last name begins with the letters L through Z) who are in violation of the statute, in that they have failed to file the registration statement and pay the registration fee for one or more registration periods after due purported notification. This is another in a series of motions to suspend attorneys who have failed to file biennial registration statements with the Office of Court Administration. This Court has previously held that failure to register or reregister, and pay the biennial registration fee constitutes professional misconduct warranting discipline (*see Matter of Pierini*, 21 AD3d 42 [2005]). Since 1997 this Court has granted similar motions and suspended attorneys en masse for such failure to register or reregister, and pay the registration fee pursuant to Judiciary Law § 468-a (*see Matter of Attorneys in Violation of Judiciary Law § 468-a*, 257 AD2d 127 [1999]).

The attorneys in question have been duly notified of their noncompliance and given an opportunity to cure their default. The Office of Court Administration mailed each of the defaulting attorneys a biennial registration form to their last known home address, a second notice to their last known business address, and a final notice to their home address. Attorneys who remained in default following these three notices were referred to the Disciplinary Committee. On October 31, 2008, this Court published notice in the New York Law Journal that the Disciplinary Committee would institute an omnibus disciplinary proceeding seeking immediate suspension from the practice of{**79 AD3d at 83} law against those attorneys who did not cure their default by November 24, 2008. Thereafter, a list of approximately 1700 attorneys who failed to submit satisfactory proof of registration and payment of fees was forwarded to the Committee. The Committee then filed its

motion for service by publication of the notice of petition to suspend.

Pursuant to the order of this Court entered May 27, 2010, which provided for service of the petition to suspend by publication in the New York Law Journal for five consecutive days, a list of the defaulting attorneys along with their last known business addresses or in the absence of a business address, the home address of the defaulting attorney, was so published commencing June 8, 2010. A notice was also posted on the Court's Web site. The order further provided that attorneys on the default list may submit proof from the Office of Court Administration that they are in compliance with all the registration requirements (including payment of registration fees), [*2]and an explanation of their failure to respond to previous notifications of default, within 30 days of the return date of the notice of petition, or they would be subject to a further order of the Court immediately suspending them from the practice of law in the State of New York.

The attorneys who remain in noncompliance with Judiciary Law § 468-a despite the notification process described above are the subject of the Committee's instant motion to suspend. No opposition has been filed.

Accordingly, due to the continued failure to comply with the statute, petitioner's motion to suspend such attorneys shall be granted to the extent of suspending those attorneys whose names are enumerated in the attached schedule from the practice of law in the State of New York, effective immediately.

Tom, J.P., Andrias, Saxe, Friedman and Nardelli, JJ., concur.

Attorneys whose names are enumerated in the schedule attached to the opinion per curiam suspended from the practice of law in the State of New York, effective immediately, and until the further order of this Court, as indicated.

| Name | Address | Oath Date | Dept. |
|------|---------|-----------|-------|
| Ladden, Andrew | Karlin & Pimsler Inc.<br>205 Lexington Ave.<br>6th Floor<br>New York, NY 10016 | 2/2/98 | 1 |

| | | | |
|---|---|---|---|
| Mann,<br>    Michael David | Michael David Mann Esq<br>44 Broad St.<br>St 600 the Grant Building<br>Atlanta, GA 30303 | 2/5/90 | 1 |
| Mao,<br>    Lihuei | 4F, No.3, Alle57, Lane 16, Shien-Yen Road<br>Taipei, 117Taiwan | 7/30/01 | 1 |
| Maranjian,<br>    Emily | Department of Attorney General<br>150 South Main St.<br>Providence, RI 2903 | 8/10/92 | 1 |
| Marchesi,<br>    Sarah Lockwood | The Bronx Defenders<br>890 Grant Ave.<br>Bronx, NY 10451 | 1/22/01 | 1 |
| Markowitz,<br>    Sayde Joy | Datz & Goldberg<br>1311 Spruce St.<br>Philadelphia, PA 19107 | 8/23/79 | 1 |
| Marlow,<br>    Tracy A. | 109 Atlantic St.<br>Stamford, CT 6901 | 8/26/85 | 1 |
| Marmet,<br>    Richard Arthur | Best Cellars Inc.<br>1120 Avenue of the Americas<br>Suite 4106<br>New York, NY 10036 | 2/3/86 | 1 |
| Marotta,<br>    Florencia | NYU Law School<br>40 Washington Sq. S<br>New York, NY 10012 | 6/20/03 | 1 |
| Marshall,<br>    Mariann | Diamond, Ruthman, Costello & Silberglitt<br>291 Broadway<br>Suite 1100<br>New York, NY 10007 | 2/4/87 | 2 |
| Marso,<br>    Larry Scott | Larry Scott Marso, Esq.<br>41 West 74th St.<br>#5B<br>New York, NY 10023 | 1/11/93 | 1 |
| Martin, Jr.,<br>    Rowland J. | 39 E. 39th St.<br>#8-S<br>Paterson, NJ 7514 | 3/24/97 | 1 |
| Marx,<br>    Andrew Lawrence | City College of New York<br>138th St. & Convent Ave.<br>New York, NY 10031 | 8/4/97 | 1 |
| Mason,<br>    M Scott | Stadard & Poors<br>55 Water St. | 4/26/95 | 2 |



LT1-77-20060042059-1


LT2-11955-1257-2

SCANNED

# CITY OF SAN ANTONIO
P. O. BOX 839966
SAN ANTONIO, TEXAS 78283-3966

OWNER'S NAME:     Estate of Johnnie Mae King            PROPERTY AT: 244 Henry
OWNER'S ADDRESS:  951 Lombrano
                  San Antonio, TX 78207

RE:   LEGAL DESCRIPTION:   NCB  6686        BLK              LOT    5

# NOTICE OF HEARING
# DISTRESSED PROPERTY--POTENTIAL DEMOLITION

This is to inform that pursuant to Article VIII, Chapter 6 of the City Code of San Antonio, Texas, a Public Hearing will be held before San Antonio's Dangerous Structure Determination Board on __February 27, 2006__ at __8:30 A.M__ in the City Council Chambers of the Municipal Plaza Building located at __114 W. COMMERCE STREET__.    All listed owners, mortgagees, and lienholders have been notified of this Hearing.

The purpose of this Hearing shall be for the Board to officially determine whether or not the above premises is a public nuisance in need of abatement.

San Antonio's Code Compliance Department has identified this premises contains conditions which poses a threat or potential threat to life, health, property, or human safety. The specific condition(s) may be obtained through the address below.

At the Hearing, evidence of the condition of the premises will be presented. Recommendations also will be made for the correction/abatement of such conditions. Demolition is a possible recommendation. The owner of the property, is required to attend this Hearing either to contest the Code Compliance Department's position or present proof of the scope of the work that the owner believes is required to correct/abate the conditions and the time it will reasonably take to perform the work. This will be the **only** opportunity to make such statements. All lienholders or mortgagees may also attend this Hearing and be heard.

After the Hearing, the Board shall make its determination of whether or not there is a public nuisance. Should it determine there is a public nuisance, the Board shall then issue its Order declaring what is required to abate the nuisance and the time period allowed for the abatement. The Board has legal authority to order demolition.

Failure to comply with the Board's Order will result in the City of San Antonio immediately taking further steps as allowed by City Ordinance and State Statute to abate the nuisance. The City will then seek civil remedies, including the placement of its lien on the property to recover its costs and abatement costs. Should this lien not be paid, foreclosure shall take place. By law this lien may be superior to others.

**THIS IS A SERIOUS PROCEDURE WHICH AFFECTS PROPERTY RIGHTS.    PLEASE DO NOT DISREGARD THIS NOTICE.**

**THE MUNICIPAL PLAZA BUILDING IS WHEELCHAIR ACCESSIBLE. ACCESSIBLE PARKING SPACES ARE AVAILABLE UPON REQUEST. INTERPRETERS FOR THE DEAF MUST BE REQUESTED AT LEAST 24 HOURS PRIOR TO THE MEETING BY CALLING 207-7245-TDD.**

Sincerely yours,

LIZ C. GARCIA
Acting Director of Code Compliance

**Legal Review On** __2-8-06__ **By** _____

Thomas E Shute
Assistant City Attorney

STATE OF TEXAS       }
COUNTY OF BEXAR      }

This Instrument was acknowledged before me on the __8__ day of __February__, 200_6_, by **LIZ C. GARCIA , Acting** Director of Code Compliance, Code Compliance Department, on behalf of the CITY OF SAN ANTONIO, Bexar County, Texas, a Municipal Corporation.

Notary Public, State of Texas

AFTER RECORDING RETURN TO:

**CODE COMPLIANCE DEPARTMENT
ATTN.: LIZ GARCIA
P. O. Box 839966
San Antonio, Texas 78283-3966**

"AN EQUAL OPPORTUNITY EMPLOYER"
TAB B

Any provision herein which restricts the sale, or use of the described real property because of race is invalid and unenforceable under Federal law
STATE OF TEXAS, COUNTY OF BEXAR
I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me and was duly RECORDED in the Official Public Record of Real Property of Bexar County, Texas on:

FEB 2 4 2006

COUNTY CLERK BEXAR COUNTY, TEXAS

Doc# 20060042059 Fees: $20.00
02/24/2006   1:52PM # Pages 2
Filed & Recorded in the Official Public
Records of  BEXAR COUNTY
GERRY RICKHOFF COUNTY CLERK

TAB B

# CITY OF SAN ANTONIO
P. O. BOX 839966
SAN ANTONIO, TEXAS 78283-3966

OWNER'S NAME:___JOHNNIE MAE KING___          PROPERTY AT:___244 HENRY ST.___
OWNER'S ADDRESS:___13848 KINBROOK ST.___
___SYLMAR, CA 91342-1746___

RE:    LEGAL DESCRIPTION: LOT  5  BLK  NCB  6686

## NOTICE OF HEARING
## DISTRESSED PROPERTY--POTENTIAL DEMOLITION

This is to inform that pursuant to Article VIII, Chapter 6 of the City Code of San Antonio, Texas, a Public Hearing will be held before San Antonio's Dangerous Structure Determination Board on __MARCH 15, 1999__ at __8:30 A.M.__ at __114 W. COMMERCE ST., CONFERENCE RM B__. All listed owners, mortgagees, and lienholders have been notified of this Hearing.

The purpose of this Hearing shall be for the Board to officially determine whether or not the above premises is a public nuisance in need of abatement.

San Antonio's Code Compliance Department has identified this premises contains conditions which poses a threat or potential threat to life, health, property, or human safety. The specific condition(s) may be obtained through the address below.

At the Hearing, evidence of the condition of the premises will be presented. Recommendations also will be made for the correction/abatement of such conditions. Demolition is a possible recommendation. The owner of the property, is required to attend this Hearing either to contest the Code Compliance Department's position or present proof of the scope of the work that the owner believes is required to correct/abate the conditions and the time it will reasonably take to perform the work. This will be the **only** opportunity to make such statements. All lienholders or mortgagees may also attend this Hearing and be heard.

After the Hearing, the Board shall make its determination of whether or not there is a public nuisance. Should it determine there is a public nuisance, the Board shall then issue its Order declaring what is required to abate the nuisance and the time period allowed for the abatement. The Board has legal authority to order demolition.

Failure to comply with the Board's Order will result in the City of San Antonio immediately taking further steps as allowed by City Ordinance and State Statute to abate the nuisance. The City will then seek civil remedies, including the placement of its lien on the property to recover its costs and abatement costs. Should this lien not be paid, foreclosure shall take place. By law this lien may be superior to others.

**THIS IS A SERIOUS PROCEDURE WHICH AFFECTS PROPERTY RIGHTS.   PLEASE DO NOT DISREGARD THIS NOTICE.**

**PRIOR TO THE MEETING THE MUNICIPAL PLAZA BUILDING IS WHEELCHAIR ACCESSIBLE.   ACCESSIBLE PARKING SPACES ARE AVAILABLE UPON REQUEST.   INTERPRETERS FOR THE DEAF MUST BE REQUESTED AT LEAST 24 HOURS BY CALLING 207-7245-TDD.**

Truly yours,

MARTIN G. RODRIGUEZ
Director of Code Compliance

Legal Review On ___Feb 22, 1999___    by ___

THOMAS E. SHUTE
**Assistant City Attorney**

STATE OF TEXAS          }
                        }
COUNTY OF BEXAR         }

This instrument was acknowledged before me on the ___5th___ day of ___March___, 199__, by **MARTIN G. RODRIGUEZ**, Director of Code Compliance, Code Compliance Department, on behalf of the CITY OF SAN ANTONIO, Bexar County, Texas, a Municipal Corporation.

Notary Public, State of Texas

**AFTER RECORDING RETURN TO:**

**CODE COMPLIANCE DEPARTMENT**
**ATTN.:  LIZ GARCIA**
**P. O. Box 839966**
**San Antonio, Texas 78283-3966**

TIM D. ZAMORA
Notary Public, State of Texas
My Comm. Exp. 08/26/02

**"AN EQUAL OPPORTUNITY EMPLOYER"**

Book   Volm   Page
D    07882   00980

Any provision herein which restricts the sale, or use of the described real
property because of race is invalid and unenforceable under Federal law
STATE OF TEXAS, COUNTY OF BEXAR
I hereby certify that this instrument was FILED in File Number Sequence on
the date and at the time stamped hereon by me and was duly RECORDED
in the Official Public Record of Real Property of Bexar County, Texas on:

## MAR 1 7 1999

COUNTY CLERK BEXAR COUNTY, TEXAS

Filed for Record in:
BEXAR COUNTY, TX
GERRY RICKHOFF, COUNTY CLERK

On Mar 17 1999

At 10:04am

Receipt #:       210911
Recording:         3.00
Doc/Mgmt :         6.00

Doc/Num : 99- 0050129

Deputy -Suzanne Ybarra

Book o7882 Page1

TAB D

# RESIDENTIAL HOMESTEAD EXEMPTION APPLICATION
## THERE IS NO FEE TO FILE THIS APPLICATION

Please Return To:  **Bexar Appraisal District**
411 N. Frio, PO Box 830248 San Antonio, Tx 78283-0248
(210) 224-8511    (210) 224-2432    Website: www.bcad.org

*CANNED*

Owner & Mailing Address:
Property ID: 125700 - 02095-020-0350
MARTIN ROWLAND J JR
951 LOMBRANO ST
SAN ANTONIO, TX 78207



Tax Year: 2009

Property ID:  125700

Geo ID:    02095-020-0350

Legal:   NCB 2095 BLK  20 LOT  35 E 6 FT
OF 14 & SW TRI OF 15

Situs:  951 LOMBRANO

---

| Address of Property you are applying for: | | |
|---|---|---|
| Phone # (210)323-3849 | Driver's License, Personal ID Certificate or Social Security Number* 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 | Birth Date ** 1/8/58 |

Submit this completed application to the Appraisal District before April 30, unless you are applying for a late exemption. An exemption removes part of the value of your property from taxation and lowers your property taxes. For example, if your home is valued at $50,000 and you qualify for a $15,000 exemption, you pay taxes on your home as if it was worth only $35,000. You may only apply for Residential Homestead Exemption on one property in a tax year.

NOTE: For a list of taxing units, exemptions, and tax limitations offered, call the Appraisal District.

[X] **GENERAL RESIDENTIAL EXEMPTION: DATE MOVED IN :** 10/1/07    To qualify for general residential exemption, you must own your home on January 1, reside there as of that date and not claim an exemption on any other property.

[ ] **DISABILITY EXEMPTION:** If you are disabled, you need not own your home on January 1 because you qualify for the Disability Exemption as soon as you become disabled, own the home and live in it as your principal residence. You will receive the exemption as of January 1. You cannot claim both the Disability and Over-65.
**(You must furnish a letter from Social Security or verification from your physician stating that you are disabled and that you are unable to return to work)**

*Contact our office for a Disabled Veteran form.*

[ ] **OVER-65 EXEMPTION:** If you are 65 years of age or older, you need not own your own home as of January 1 because you qualify for the Over-65 Exemption as soon as you turn 65, own the home and live in it as your principal residence. You will receive the exemption as of January 1. You cannot claim both the Disability and Over-65. If you qualified for an Over-65 exemption at a previous address and have moved since January 1, contact previous Appraisal District for a Tax Ceiling Certificate. You have 1 year from the date the home was acquired  & occupied or you turned 65 to qualify for this exemption.  **(Please furnish a copy of either a current Driver's License or Birth Certificate.)**

[ ] Please check if you had an over-65 tax ceiling (freeze) from your last home in Texas. If checked, in what county did you reside?

[ ] **OVER-65 SURVIVING SPOUSE OF A PERSON WHO RECEIVED THE OVER-65 EXEMPTION or DISABILITY EXEMPTION::**
You qualify for an extension of the Over-65 / Disability exemption and the school tax limitation if (1) you were 55 years of age or older on the date your spouse died; (2) your deceased spouse was receiving the Over-65 or Disability exemptions on this homestead or would have applied and qualified before the spouse's death for the tax year, and (3) your spouse died on or after December 1, 1987 (for the tax limitation).

**(Please furnish a copy of either a current Driver's License or Birth Certificate and a copy of the Death Certificate of the deceased)**

[X] **LATE FILING FOR PRIOR YEAR:** What prior year are you applying for? 2008    NOTE: You must have met all of the qualifications checked above to receive the prior year exemption.

SIGNATURE REQUIRED: By signing this application, you state that you are qualified for the exemptions checked above. You state that the facts in this application are true and correct. If the Chief Appraiser approves your exemption, you do not have to reapply annually. However, if the Chief Appraiser requires you to do so, by sending you a new application, you must reapply. You must notify the Chief Appraiser in writing, if and when your right to any exemption ends or your qualifications change. You swear or affirm that you have read and understand the penalty fo filing a false statement.

Rowland Martin
Print Owners' Names:

Owner(s) Sign Here: *(signature)*

Date: 4/30/09

Please return to the Appraisal District at the address above
***** Please Do Not Fax *****

**If you make a false statement on this application, you could be found guilty of a Class A misdemeanor or a State jail felony under Texas Penal Code Section 37.10.**

TAB E

# Bexar CAD

## Property Search Results > 125700 MARTIN ROWLAND J JR for Year 2015

## Property

### Account

| | | | |
|---|---|---|---|
| Property ID: | 125700 | Legal Description: | NCB 2095 BLK 20 LOT 35 E 6 FT OF 14 & SW TRI OF 15 |
| Geographic ID: | 02095-020-0350 | Agent Code: | |
| Type: | Real | | |
| Property Use Code: | 001 | | |
| Property Use Description: | Single Family | | |

### Location

| | | | |
|---|---|---|---|
| Address: | 951 LOMBRANO SAN ANTONIO, TX 78207 | Mapsco: | 616A2 |
| Neighborhood: | CULEBRA S. TO DELGADO (SA) | Map ID: | |
| Neighborhood CD: | 57406 | | |

### Owner

| | | | |
|---|---|---|---|
| Name: | MARTIN ROWLAND J JR | Owner ID: | 2665567 |
| Mailing Address: | 951 LOMBRANO ST SAN ANTONIO, TX 78207-1114 | % Ownership: | 100.0000000000% |
| | | Exemptions: | HS |

## Values

| | | | | |
|---|---|---|---|---|
| (+) Improvement Homesite Value: | + | $39,730 | | |
| (+) Improvement Non-Homesite Value: | + | $0 | | |
| (+) Land Homesite Value: | + | $9,810 | | |
| (+) Land Non-Homesite Value: | + | $0 | Ag / Timber Use Value | |
| (+) Agricultural Market Valuation: | + | $0 | | $0 |
| (+) Timber Market Valuation: | + | $0 | | $0 |
| | | ------------------------ | | |
| (=) Market Value: | = | $49,540 | | |
| (−) Ag or Timber Use Value Reduction: | − | $0 | | |
| | | ------------------------ | | |
| (=) Appraised Value: | = | $49,540 | | |
| (−) HS Cap: | − | $0 | | |
| | | ------------------------ | | |
| (=) Assessed Value: | = | $49,540 | | |

## Taxing Jurisdiction

Owner:     MARTIN ROWLAND J JR

TAB E

% Ownership:    100.0000000000%

Total Value:       $49,540

| Entity | Description | Tax Rate | Appraised Value | Taxable Value | Estimated Tax | |
|--------|-------------|----------|-----------------|---------------|---------------|--|
| 06 | BEXAR CO RD & FLOOD | 0.030679 | $49,540 | $46,540 | $14.28 | |
| 08 | SA RIVER AUTH | 0.017500 | $49,540 | $44,540 | $7.79 | |
| 09 | ALAMO COM COLLEGE | 0.149150 | $49,540 | $49,540 | $73.89 | |
| 10 | UNIV HEALTH SYSTEM | 0.276235 | $49,540 | $49,540 | $136.84 | |
| 11 | BEXAR COUNTY | 0.283821 | $49,540 | $49,540 | $140.60 | |
| 21 | CITY OF SAN ANTONIO | 0.565690 | $49,540 | $49,540 | $280.25 | |
| 57 | SAN ANTONIO ISD | 1.382600 | $49,540 | $34,540 | $477.55 | |
| CAD | BEXAR APPRAISAL DISTRICT | 0.000000 | $49,540 | $49,540 | $0.00 | |
| | Total Tax Rate: | 2.705675 | | | | |
| | | | | Taxes w/Current Exemptions: | $1,131.20 | |
| | | | | Taxes w/o Exemptions: | $1,340.39 | |

## Improvement / Building

| Improvement #1: | Residential | State Code: | A1 | Living Area: | 1014.0 sqft | Value: | $23,620 |
|---|---|---|---|---|---|---|---|

| Type | Description | Class CD | Exterior Wall | Year Built | SQFT |
|------|-------------|----------|---------------|------------|------|
| LA | Living Area | F - AL | AL | 1910 | 1014.0 |
| OP | Attached Open Porch | F - NO | | 1910 | 18.0 |

| Improvement #2: | Residential | State Code: | A1 | Living Area: | sqft | Value: | $4,080 |
|---|---|---|---|---|---|---|---|

| Type | Description | Class CD | Exterior Wall | Year Built | SQFT |
|------|-------------|----------|---------------|------------|------|
| GAR | Detached Garage | F - AL | | 0 | 484.0 |

| Improvement #3: | Residential | State Code: | A1 | Living Area: | sqft | Value: | $12,030 |
|---|---|---|---|---|---|---|---|

| Type | Description | Class CD | Exterior Wall | Year Built | SQFT |
|------|-------------|----------|---------------|------------|------|
| DLA1 | Detached Living Area 1 | L - NO | | 0 | 600.0 |

## Land

| # | Type | Description | Acres | Sqft | Eff Front | Eff Depth | Market Value | Prod. Value |
|---|------|-------------|-------|------|-----------|-----------|--------------|-------------|
| 1 | RES | R/1 Family not Farm Single | 0.0225 | 978.00 | 6.00 | 163.00 | $1,230 | $0 |
| 2 | RES | R/1 Family not Farm Single | 0.1572 | 6846.00 | 42.00 | 163.00 | $8,580 | $0 |

## Roll Value History

| Year | Improvements | Land Market | Ag Valuation | Appraised | HS Cap | Assessed |
|------|--------------|-------------|--------------|-----------|--------|----------|
| 2015 | $39,730 | $9,810 | 0 | 49,540 | $0 | $49,540 |
| 2014 | $40,760 | $9,810 | 0 | 50,570 | $0 | $50,570 |
| 2013 | $48,870 | $9,810 | 0 | 58,680 | $0 | $58,680 |

TAB E

| 2012 | $53,580 | $9,810 | 0 | 63,390 | $0 | $63,390 |
| 2011 | $56,970 | $9,810 | 0 | 66,780 | $0 | $66,780 |
| 2010 | $58,490 | $9,810 | 0 | 68,300 | $0 | $68,300 |

## Deed History - (Last 3 Deed Transactions)

| # | Deed Date | Type | Description | Grantor | Grantee | Volume | Page | Deed Number |
|---|-----------|------|-------------|---------|---------|--------|------|-------------|
| 1 | 6/6/2008 | OTHER | Other | KING JOHNNIE MAE EST OF | MARTIN ROWLAND J JR | 0819 | 5882 | 2001-PC-1263 |

**2015 data current as of Aug 10 2015 12:44AM.**
**2014 and prior year data current as of Jul 12 2015 4:56PM**
**For property information, contact (210) 242-2432 or (210) 224-8511 or email.**
**For website information, contact (210) 242-2500.**

Website version: 1.2.2.7          Database last updated on: 8/10/2015 12:44 AM          © N. Harris Computer Corporation

8/12/15, 3:54 PM

TAB E

# 2006 Notice Of Appraised Value

Property ID: 381482
Ownership %: 100.00
Geo ID: 06686-000-0050
DBA:
Legal: NCB 6686 BLK    LOT 5

**Bexar Appraisal District**
411 N. Frio, P.O. Box 830248
San Antonio, Tx 78283-0248

Phone: (210) 224-8511   (210) 224-2432   Fax: (210) 242-2453

DATE OF NOTICE: April 17, 2006

Legal Acres: 0
Situs: 244 HENRY
Appraiser:
Owner ID: 288459

Property ID: 381482 - 06686-000-0050
KING JOHNNIE MAE EST OF
% ROWLAND J MARTIN JR
PO BOX 5279
SAN ANTONIO, TX 78201 US

## THIS IS NOT A TAX BILL

Dear Property Owner,
   We have appraised the property listed above for the tax year 2006. As of January 1, our appraisal is outlined below:

| Appraisal Information | Last Year - 2005 | Proposed - 2006 |
|---|---|---|
| Structure & Improvement Market Value | 9,800 | 9,200 |
| Market Value of Non Ag/Timber Land | 4,700 | 6,520 |
| Market Value of Ag/Timber Land | 0 | 0 |
| Market Value of Personal Property/Minerals | 0 | 0 |
| Total Market Value | 14,500 | 15,720 |
| Productivity Value of Ag/Timber Land | 0 | 0 |
| Appraised Value with Homestead Limitation * (see below for explanation) | 14,500 | 15,720 |
| Homestead Cap Value excluding Non-Homesite Value (i.e. Ag, Commercial) | 14,500 | 15,720 |
| Exemptions | | |

| 2005 Taxable Value | Taxing Unit | 2006 Proposed Appraised Value | 2006 Exemption Amount | 2006 Taxable Value | 2005 Tax Rate | 2006 Estimated Taxes | 2006 Freeze Year and Tax Ceiling ** |
|---|---|---|---|---|---|---|---|
| 14,500 | BEXAR CO RD & FLOOD | 15,720 | 0 | 15,720 | 0.012719 | 2.00 | |
| 14,500 | SA RIVER AUTH | 15,720 | 0 | 15,720 | 0.016425 | 2.58 | |
| 14,500 | ALAMO COM COLLEGE | 15,720 | 0 | 15,720 | 0.107050 | 16.83 | |
| 14,500 | UNIV HEALTH SYSTEM | 15,720 | 0 | 15,720 | 0.243869 | 38.34 | |
| 14,500 | BEXAR COUNTY | 15,720 | 0 | 15,720 | 0.318471 | 50.06 | |
| 14,500 | CITY OF SAN ANTONIO | 15,720 | 0 | 15,720 | 0.578540 | 90.95 | |
| 14,500 | SAN ANTONIO ISD | 15,720 | 0 | 15,720 | 1.720000 | 270.38 | |

**Do NOT Pay From This Notice**          **Total Estimated Tax:**          **$471.14**

The difference between the 2001 appraised value and the proposed 2006 appraised value is 36.70%. This percentage information is required by Tax Code section 25.19(b-1).

*The Texas Legislature does not set the amount of your local taxes. Your property tax burden is decided by your locally elected officials and all inquiries concerning your taxes should be directed to those officials.*

   The above tax estimates use last year's tax rates for the taxing units shown. The governing body of each unit (school board, county commissioners, and so forth) decides whether property taxes increase. The appraisal district only determines your property's value. The taxing units will set tax rates later this year.
   * Your residence homestead is protected from future appraisal value increases in excess of 10% per year from the date of the last appraisal PLUS the value of any new improvements.
   ** If you are 65 years of age or older and received the $10,000 school tax exemption on your home last year from the school listed above, your school taxes for this year will not be higher than when you first received the exemption on this home. If you are disabled and received the $10,000 school tax exemption on your home last year from the school listed above, your school taxes for this year will not be higher than the 2003 taxes or the first year you received the exemption, whichever is later. If your county, city, or junior college has approved a limitation on your taxes in the preceding year, your county, city, or junior college taxes will not be higher than the first year your county, city, or junior college approved the limitation or the first year you qualified for the limitation. If you improved your property (by adding rooms or buildings, for example) your school, county, city, or junior college ceiling may increase for these improvements. If you are a surviving spouse age 55 or older, you may retain the school, county, city, or junior college tax ceiling.

To appeal, you must file a written protest with the ARB before the deadline date:
        Deadline for filing a protest:        May 31, 2006
        Location of hearings:        411 N Frio St
        ARB will begin hearings:        May 8, 2006

   For your convenience, enclosed is a protest FORM TO SEND THE APPRAISAL DISTRICT OFFICE if you intend to appear and present evidence before the ARB. A protest is suff if it includes the protesting property owner, account number, property address and reason for protesting. The ARB will notify you of the date, time, and place of your scheduled hearing. Enclosed, also, is information to help you in preparing your protest.

   If you have any questions or need more information, please contact the appraisal district office at 210-224-8511 or at the address shown above.

Sincerely,

Michael A. Amezquita
Chief Appraiser

TAB F

True Automation, Inc.

# 2007 Notice Of Appraised Value

Property ID: 381482
Ownership %: 100.00
Geo ID: 06686-000-0050
DBA:
Legal: NCB 6686 BLK    LOT 5

**Bexar Appraisal District**
411 N. Frio, P.O. Box 830248
San Antonio, Tx 78283-0248

Phone: (210) 224-8511   (210) 224-2432   Fax: (210) 242-2453
DATE OF NOTICE: April 15, 2007

Legal Acres: 0
Situs: 244 HENRY ST
Appraiser:
Owner ID: 288459

Property ID: 381482 - 06686-000-0050
KING JOHNNIE MAE EST OF
% ROWLAND J MARTIN JR
PO BOX 5279
SAN ANTONIO, TX 78201 US

## THIS IS NOT A BILL

Dear Property Owner,
   We have appraised the property listed above for the tax year 2007. As of January 1, our appraisal is outlined below:

| Appraisal Information | Last Year - 2006 | Proposed - 2007 |
|---|---|---|
| Structure & Improvement Market Value | 9,200 | 11,780 |
| Market Value of Non Ag/Timber Land | 6,520 | 7,500 |
| Market Value of Ag/Timber Land | 0 | 0 |
| Market Value of Personal Property/Minerals | 0 | 0 |
| Total Market Value | 15,720 | 19,280 |
| Productivity Value of Ag/Timber Land | 0 | 0 |
| Appraised Value * (Possible Homestead Limitations, see asterisk below) | 15,720 | 19,280 |
| Homestead Cap Value excluding Non-Homesite Value (i.e. Ag, Commercial) | 15,720 | 19,280 |
| Exemptions | | |

| 2006 Taxable Value | Taxing Unit | 2007 Proposed Appraised Value | 2007 Exemption Amount | 2007 Taxable Value | 2006 Tax Rate | 2007 Estimated Taxes | 2007 Freeze Year and Tax Ceiling ** |
|---|---|---|---|---|---|---|---|
| 15,720 | BEXAR CO RD & FLOOD | 19,280 | 0 | 19,280 | 0.012719 | 2.46 | |
| 15,720 | SA RIVER AUTH | 19,280 | 0 | 19,280 | 0.016045 | 3.09 | |
| 15,720 | ALAMO COM COLLEGE | 19,280 | 0 | 19,280 | 0.137050 | 26.43 | |
| 15,720 | UNIV HEALTH SYSTEM | 19,280 | 0 | 19,280 | 0.243869 | 47.02 | |
| 15,720 | BEXAR COUNTY | 19,280 | 0 | 19,280 | 0.314147 | 60.57 | |
| 15,720 | CITY OF SAN ANTONIO | 19,280 | 0 | 19,280 | 0.578540 | 111.55 | |
| 15,720 | SAN ANTONIO ISD | 19,280 | 0 | 19,280 | 1.579700 | 304.57 | |

|  |  |  |
|---|---|---|
| Do **NOT** Pay From This Notice | Total Estimated Tax: | $555.69 |
| **SAN ANTONIO ISD** **2007 Rate: 1.249700** | **Estimated Reduction:** **New Total Estimated Tax:** | **-$63.63** **$492.06** |

The difference between the 2002 appraised value and the proposed 2007 appraised value is 34.83%. This percentage information is required by Tax Code section 25.19(b-1).

*The Texas Legislature does not set the amount of your local taxes. Your property tax burden is decided by your locally elected officials and all inquiries concerning your taxes should be directed to those officials.*

   The above tax estimates use last year's tax rates for the taxing units shown. The governing body of each unit (school board, county commissioners, and so forth) decides whether property taxes increase. The appraisal district only determines your property value. The taxing units will set tax rates later this year.
   * Your residence homestead is protected from future appraisal value increases in excess of 10% per year from the date of the last appraisal PLUS the value of any new improvements.
   ** If you are 65 years of age or older and received the $10,000 school tax exemption on your home last year from the school listed above, your school taxes for this year will not be higher than when you first received the exemption on this home. If you are disabled and received the $10,000 school tax exemption on your home last year from the school listed above, your school taxes for this year will not be higher than the 2003 taxes or the first year you received the exemption, whichever is later. If your county, city, or junior college has approved a limitation on your taxes in the preceding year, your county, city, or junior college taxes will not be higher than the first year your county, city, or junior college approved the limitation or the first year you qualified for the limitation. If you improved your property (by adding rooms or buildings), your school, county, city, or junior college ceiling may increase for these improvements. If you are a surviving spouse, age 55 or older, you may retain the school, county, city, or junior college tax ceiling.
   Contact the appraisal office if you disagree with this year's proposed value for your property or if you have any problem with the property description or address information. If the problem cannot be resolved, you have the right to appeal to the appraisal review board (ARB).

To appeal, you must file a written protest with the ARB before the deadline date:
| | |
|---|---|
| Deadline for filing a protest: | May 31, 2007 |
| Location of hearings: | 411 N. Frio St. |
| ARB will begin hearings: | May 14, 2007 |

   Enclosed is a protest form to send the appraisal district office if you intend to appear and present evidence before the ARB. The ARB will notify you of the date, time, and place of your scheduled hearing. Enclosed, also, is information to help you in preparing your protest. You do not need to use the enclosed form to file your protest. You may protest by letter, if it includes your name, your property's description, and your reason for protesting.
   If you have any questions or need more information, please contact the appraisal district office at (210) 224-8511 or at the address shown above.

Sincerely,

Michael A. Amezquita
Chief Appraiser

TAB F

True Automation, Inc.





STATUS DETAIL | Expand Fees | Summary

**Account Information**

| Account No. | 066860000050 | Roll Code | REAL PROPERT |
| Certified Owner | KING JOHNNIE MAE EST OF |
| Parcel Address | 244 | HENRY ST |
| Amount Due as of | 09/16/2015 | Owner No. | 0 |

**Tax Units**

Tax Unit Description

List of Tax Units

| 8 | 9 | 10 | 11 | 19 | 21 | 57 |

AG INCLUDED | Remove Fees | Countywide

**Tax Unit, Yr, Rec. Type**

Tax Unit
Year
Rec. Type

Multi Select

**Amount Due/Paid Information**

| Year | Market Value | H | O | V | D | Base Levy | Paid Levy | Other Fees | Remaining Levy | Fees | Refund | Amount Due |
|------|------|---|---|---|---|------|------|------|------|------|------|------|
| 2005 | $14,500 | | | 0 | | $434.57 | $.00 | $.00 | $434.57 | $744.87 | $.00 | $1,179.44 |
| 2004 | $14,500 | | | 0 | | $434.86 | $.00 | $.00 | $434.86 | $765.36 | $.00 | $1,200.22 |
| 2003 | $14,500 | | | 0 | | $435.22 | $.00 | $.00 | $435.22 | $826.06 | $.00 | $1,261.28 |
| 2002 | $14,300 | | | 0 | | $429.23 | $.00 | $.00 | $429.23 | $873.91 | $.00 | $1,303.14 |
| 2001 | $11,500 | | | 0 | | $343.37 | $.00 | $.00 | $343.37 | $746.48 | $.00 | $1,089.85 |
| 2000 | $11,500 | | | 0 | | $346.16 | $346.16 | $.00 | $.00 | $.00 | $.00 | $.00 |
| 1999 | $9,000 | | | 0 | | $270.83 | $270.83 | $.00 | $.00 | $.00 | $.00 | $.00 |
| 1998 | $9,000 | | | 0 | | $276.37 | $276.37 | $.00 | $.00 | $.00 | $.00 | $.00 |
| 1997 | $9,000 | | | 0 | | $227.55 | $227.55 | $.00 | $.00 | $.00 | $.00 | $.00 |

| Last Payment Date | | Totals | $5,630.20 | $1,324.70 | $.00 | $4,305.50 | $6,762.55 | $.00 | $11,068.05 |

Last Payer | UNKNOWN | Alert

TAB G



TAX HOME    TAX ASSESSOR    OFFICE LOCATIONS    PROPERTY TAXES    VEHICLE REGISTRATIONS    BEER & LIQUOR PERMITS    BEXAR HOME

*Shopping Cart*

## Property Tax Balance

Begin a New Search    Go to Your Portfolio

*Make your check or money order payable to:*
*ALBERT URESTI, MPA, PCC*
*BEXAR COUNTY TAX ASSESSOR-COLLECTOR*
*P O BOX 839950*
*SAN ANTONIO, TX 78283-3950*

**Unless otherwise noted, all data refers to tax information for 2014. All amounts due include penalty, interest, and attorney fees when applicable.**

**Account Number:** 066860000050

**Address:**
KING JOHNNIE MAE EST OF
% ROWLAND J MARTIN JR
951 LOMBRANO ST
SAN ANTONIO, TX 78207-1114

**Property Site Address:**
244 HENRY ST
78207

**Legal Description:**
NCB 6686 BLK LOT 5

**Current Year Tax Levy:** $30.85

**Current Year Amount Due:** $44.04

**Delinquent As Of:** 02/03/2015

**Prior Year Amount Due:** $11,024.01

**Total Amount Due:** $11,068.05

**Last Payment Amount for Current Year Taxes:**
Not Received

**Last Payer for Current Year Taxes:**
Not Received

**Last Payment Date for Current Year Taxes:**
Not Received

**Active Lawsuits:** 2014TA100224

**Show Map**

**Pending Credit Card or eCheck Payments:**
No Payment Pending

Click Here to Pay Now

Print Current Tax Statement

Register for Certified Statements by E-Mail

**Total Market Value:** $1,140

**Land Value:** $1,140

**Improvement Value:** $0

**Capped Value:** $0

**Agricultural Value:** $0

**Exemptions (current year only):**
None

**Jurisdictions (current year only):**
ALAMO COMM COLLEGE
BEXAR COUNTY
CITY / SAN ANTONIO
FLOOD FUND
HOSPITAL DISTRICT
S A RIVER AUTHORITY
SAN ANTONIO ISD

Tax Office Home Page

Jurisdiction Details

Payment History

Request a Tax Statement

Request an Address Correction

TAB G

Click Here to see your estimated amount due for a different date. You can see this information by year and by both year and jurisdiction.

Terms of Use

ALBERT URESTI, MPA, PCC
BEXAR COUNTY
TAX ASSESSOR-COLLECTOR
P O BOX 839950
SAN ANTONIO, TX 78283-3950
(210-335-2251

**DISCLAIMER:** *Appraisal & Collection Technologies provides this World Wide Web (WWW) site information "as is" without warranty of any kind, either expressed or implied. Appraisal & Collection Technologies does not warrant the accuracy, authority, completeness, usefulness, timeliness, or fitness for a particular purpose of its information or services. Appraisal & Collection Technologies, its officials and employees shall not be liable for any loss or injury caused in whole or part by its negligence, contingencies beyond its control, loss of data, or errors or omissions in the WWW site information or services.*

*©Appraisal & Collection Technologies. All rights reserved.*

TAB G



| TAX HOME | TAX ASSESSOR | OFFICE LOCATIONS | PROPERTY TAXES | VEHICLE REGISTRATIONS | BEER & LIQUOR PERMITS | BEXAR HOME |

*Shopping Cart*

## Payment Information

Begin a New Search    Go to Your Portfolio

Return to the Previous Page

**Account No.:**  066860000050

| Receipt Date | Roll Year | Amount | Description | Payer |
|---|---|---|---|---|
| 2001-01-09 | 2000 | $346.16 | Payment | KING, JOHNNIE MAE |
| 1999-12-29 | 1999 | $270.28 | Payment | KING JOHNNIE MAE EST OF |
| 1999-11-30 | 1999 | ($269.75) | | KING JOHNNIE MAE EST OF |
| 1999-11-01 | 1999 | $269.75 | Payment | KING JOHNNIE MAE EST OF |
| 1998-10-16 | 1998 | $274.74 | Payment | KING, JOHNNIE MAE |
| 1998-02-04 | 1997 | $163.20 | Payment | UNKNOWN |
| 1998-02-04 | 1997 | $30.91 | Payment | UNKNOWN |
| 1998-02-04 | 1997 | $22.00 | Payment | UNKNOWN |
| 1998-02-04 | 1997 | $9.81 | Payment | UNKNOWN |
| 1998-02-04 | 1997 | $1.63 | Payment | UNKNOWN |
| 1996-10-14 | 1996 | $139.21 | Payment | UNKNOWN |
| 1996-10-14 | 1996 | $30.98 | Payment | UNKNOWN |
| 1996-10-14 | 1996 | $22.02 | Payment | UNKNOWN |
| 1996-10-14 | 1996 | $9.90 | Payment | UNKNOWN |
| 1996-10-14 | 1996 | $1.68 | Payment | UNKNOWN |

Terms of Use

ALBERT URESTI, MPA, PCC
BEXAR COUNTY
TAX ASSESSOR-COLLECTOR
P O BOX 839950
SAN ANTONIO, TX 78283-3950
(210-335-2251

**DISCLAIMER:** *Appraisal & Collection Technologies provides this World Wide Web (WWW) site information "as is" without warranty of any kind, either expressed or implied. Appraisal & Collection Technologies does not warrant the accuracy, authority, completeness, usefulness, timeliness, or fitness for a particular purpose of its information or services. Appraisal & Collection Technologies, its officials and employees shall not be liable for any loss or injury caused in whole or part by its negligence, contingencies beyond its control, loss of data, or errors or omissions in the WWW site information or services.*
©*Appraisal & Collection Technologies. All rights reserved.*

TAB G



TAX HOME    TAX ASSESSOR    OFFICE LOCATIONS    PROPERTY TAXES    VEHICLE REGISTRATIONS    BEER & LIQUOR PERMITS    BEXAR HOME

*Shopping Cart*

## Property Tax Balance

Begin a New Search    Go to Your Portfolio

*Make your check or money order payable to:*
*ALBERT URESTI, MPA, PCC*
*BEXAR COUNTY TAX ASSESSOR-COLLECTOR*
*P O BOX 839950*
*SAN ANTONIO, TX 78283-3950*

Unless otherwise noted, all data refers to tax information for 2014. All amounts due include penalty, interest, and attorney fees when applicable.

**Account Number:  020950200350**

**Address:**
MARTIN ROWLAND J JR
951 LOMBRANO ST
SAN ANTONIO, TX 78207-1114

**Property Site Address:**
951 LOMBRANO
78207

**Legal Description:**
NCB 2095 BLK 20 LOT 35 E 6 FT OF 14 &
SW TRI OF 15

**Current Year Tax Levy:** $1,159.07

**Current Year Amount Due:** $1,651.90

**Delinquent As Of:** 02/03/2015

**Prior Year Amount Due:** $47,599.04

**Total Amount Due:** $49,250.94

**Last Payment Amount for Current Year Taxes:**
Not Received

**Last Payer for Current Year Taxes:**
Not Received

**Last Payment Date for Current Year Taxes:**
Not Received

**Active Lawsuits:**  2014TA100224

## Show Map

**Pending Credit Card or eCheck Payments:**
No Payment Pending

[ Click Here to Pay Now ]

[ Print Current Tax Statement ]

[ Register for Certified Statements by E-Mail ]

**Total Market Value:** $50,570

**Land Value:** $9,810

**Improvement Value:**  $40,760

**Capped Value:** $0

**Agricultural Value:**  $0

**Exemptions (current year only):**
HOMESTEAD EXEMPTION
HOMESTEAD

**Jurisdictions (current year only):**
ALAMO COMM COLLEGE
BEXAR COUNTY
CITY / SAN ANTONIO
FLOOD FUND
HOSPITAL DISTRICT
S A RIVER AUTHORITY
SAN ANTONIO ISD

Tax Office Home Page

Jurisdiction Details

Payment History

Request a Tax Statement

Request an Address Correction

TAB H

Click Here to see your estimated amount due for a different date. You can see this information by year and by both year and jurisdiction.

Terms of Use

ALBERT URESTI, MPA, PCC
BEXAR COUNTY
TAX ASSESSOR-COLLECTOR
P O BOX 839950
SAN ANTONIO, TX 78283-3950
(210-335-2251

**DISCLAIMER:** *Appraisal & Collection Technologies provides this World Wide Web (WWW) site information "as is" without warranty of any kind, either expressed or implied. Appraisal & Collection Technologies does not warrant the accuracy, authority, completeness, usefulness, timeliness, or fitness for a particular purpose of its information or services. Appraisal & Collection Technologies, its officials and employees shall not be liable for any loss or injury caused in whole or part by its negligence, contingencies beyond its control, loss of data, or errors or omissions in the WWW site information or services.*

*©Appraisal & Collection Technologies. All rights reserved.*

TAB H



| TAX HOME | TAX ASSESSOR | OFFICE LOCATIONS | PROPERTY TAXES | VEHICLE REGISTRATIONS | BEER & LIQUOR PERMITS | BEXAR HOME |

*Shopping Cart*

## Payment Information

Begin a New Search    Go to Your Portfolio

Return to the Previous Page

**Account No.:** 020950200350

| Receipt Date | Roll Year | Amount | Description | Payer |
|---|---|---|---|---|
| 2010-01-28 | 2009 | $10.00 | Payment | MARTIN ROWLAND J JR |
| 2004-01-07 | 2002 | $500.00 | Payment | ROWLAND J MARTIN |
| 2003-12-03 | 2001 | $500.00 | Payment | ROWLAND MARTIN |
| 2003-12-03 | 2001 | ($500.00) | | KING JOHNNIE MAE EST OF |
| 2003-12-03 | 2001 | $500.00 | Payment | KING JOHNNIE MAE EST OF |
| 2003-11-03 | 2002 | $500.00 | Payment | KING JOHNNIE MAE EST OF |
| 2003-10-03 | 2001 | $500.00 | Payment | ROWLAND J MARTIN JR |
| 2001-01-09 | 2000 | $1,480.97 | Payment | KING JOHNNIE MAE |
| 1999-12-23 | 1999 | $927.98 | Payment | KING JOHNNIE MAE EST OF |
| 1999-11-30 | 1999 | ($926.12) | | KING JOHNNIE MAE EST OF |
| 1999-11-01 | 1999 | $926.12 | Payment | KING JOHNNIE MAE EST OF |
| 1998-10-16 | 1998 | $943.26 | Payment | KING, JOHNNIE MAE |
| 1998-02-04 | 1997 | $560.31 | Payment | UNKNOWN |
| 1998-02-04 | 1997 | $106.13 | Payment | UNKNOWN |
| 1998-02-04 | 1997 | $75.53 | Payment | UNKNOWN |
| 1998-02-04 | 1997 | $33.68 | Payment | UNKNOWN |
| 1998-02-04 | 1997 | $5.59 | Payment | UNKNOWN |
| 1996-10-11 | 1996 | $477.96 | Payment | UNKNOWN |
| 1996-10-11 | 1996 | $106.38 | Payment | UNKNOWN |
| 1996-10-11 | 1996 | $75.61 | Payment | UNKNOWN |

TAB H

| 1996-10-11 | 1996 | $33.99 | Payment | UNKNOWN |
| 1996-10-11 | 1996 | $5.76 | Payment | UNKNOWN |

Terms of Use

ALBERT URESTI, MPA, PCC
BEXAR COUNTY
TAX ASSESSOR-COLLECTOR
P O BOX 839950
SAN ANTONIO, TX 78283-3950
(210-335-2251

**DISCLAIMER:** *Appraisal & Collection Technologies provides this World Wide Web (WWW) site information "as is" without warranty of any kind, either expressed or implied. Appraisal & Collection Technologies does not warrant the accuracy, authority, completeness, usefulness, timeliness, or fitness for a particular purpose of its information or services. Appraisal & Collection Technologies, its officials and employees shall not be liable for any loss or injury caused in whole or in part by its negligence, contingencies beyond its control, loss of data, or errors or omissions in the WWW site information or services.*

*©Appraisal & Collection Technologies. All rights reserved.*

TAB H



**All Court Types Party Search**
Wed Aug 12 15:45:28 2015
19 records found

**User:** ec0709
**Client:** Bexar Appraisal District
**Search:** All Court Types Party Search Name Martin, Rowland All Courts Page: 1

### Bankruptcy Results

| | Party Name ▼ | Court | Case | Ch | Date Filed | Date Closed | Disposition |
|---|---|---|---|---|---|---|---|
| 1 | Martin, Rowland (intp)<br>Moroco Ventures LLC | txwbke | 5:06-bk-50829 | 11 | 05/02/2006 | 03/22/2007 | Dismissed for Other Reason 01/08/2007 |
| 2 | Martin, Rowland, Jr. (aty)<br>Moroco Ventures, LLC | txwbke | 5:06-bk-50203 | 11 | 02/06/2006 | 04/05/2006 | Dismissed for Other Reason 03/02/2006 |
| 3 | Martin, Rowland J, Jr (db)<br>Rowland J Martin | txwbke | 5:05-bk-80116 | 13 | 12/05/2005 | 08/27/2012 | Dismissed for Other Reason 06/20/2006 |
| 4 | Martin, Rowland J, Jr (pla)<br><br>Martin and Bexar County | txwbke | 5:11-ap-05141 | | 09/06/2011 | 09/13/2011 | Dismissed or Settled Without Entry of Judgment 09/13/2011 |
| 5 | Martin, Rowland T (db)<br>Rowland T Martin | mssbke | 3:06-bk-00462 | 7 | 03/31/2006 | 01/29/2010 | Standard Discharge 01/29/2010 |

### Civil Results

| | Party Name ▼ | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|---|
| 6 | Martin, Rowland J., Jr. (inre)<br>Martin v. Bexar County et al | txwdce | 5:2012-cv-00998 | 423 | 10/17/2012 | 12/20/2012 |
| 7 | Martin, Rowland J., Jr. (pla)<br>Martin v. Bexar County et al | txwdce | 5:2012-cv-00998 | 423 | 10/17/2012 | 12/20/2012 |
| 8 | Martin, Rowland J., Jr. (dft)<br>County of Bexar et al v. Gilliam et al | txwdce | 5:2009-cv-00949 | 890 | 11/30/2009 | 04/14/2010 |
| 9 | Martin, Rowland J. (pla)<br>Martin v. Claudette Yarbrough, et al | txwdce | 5:2014-cv-00524 | 442 | 06/10/2014 | 04/27/2015 |
| 10 | Martin, Rowland J. (cd)<br>Martin v. Claudette Yarbrough, et al | txwdce | 5:2014-cv-00524 | 442 | 06/10/2014 | 04/27/2015 |
| 11 | Martin, Rowland (dft)<br>Fior Industries v. Leach & Garner, et al | flsdce | 1:1993-cv-01785 | 470 | 09/16/1993 | 02/28/1994 |
| 12 | Martin, Rowland J., Jr. (pla)<br>Martin v. Grehn et al. **Case electronically transferred to the Western District of Texas (San Antonio Division).** | txsdce | 4:2010-cv-03644 | 290 | 10/04/2010 | 05/18/2011 |
| 13 | Martin, Rowland (pla)<br>King et al v. City of San Antonio | txwdce | 5:2008-cv-00484 | 440 | 06/18/2008 | 12/08/2009 |
| 14 | MARTIN, ROWLAND J. (pla)<br>MARTIN v. U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION et al | dcdce | 1:2012-cv-01281 | 442 | 07/30/2012 | 02/25/2014 |
| 15 | MARTIN, ROWLAND J. (cd)<br>MARTIN v. U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION et al | dcdce | 1:2012-cv-01281 | 442 | 07/30/2012 | 02/25/2014 |
| 16 | Martin, Rowland J., Jr. (pla)<br>Martin v. Grehn et al. | txwdce | 5:2011-cv-00414 | 290 | 05/25/2011 | 12/21/2012 |

### Appellate Results

| | Party Name ▼ | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|---|
| 17 | Martin, Rowland J., jr (pty)<br>Rowland Martin, Jr. v. Charles Grehn, et al | 05cae | 13-51023 | 3290 | 11/01/2013 | 11/27/2013 |
| 18 | Martin, Rowland J., jr (pty)<br>Rowland Martin, Jr. v. Charles Grehn, et al | 05cae | 13-50070 | 3290 | 01/29/2013 | 09/25/2013 |
| 19 | Martin, Rowland J., jr (pty)<br>Rowland Martin, Jr. v. Charles Grehn, et al | 05cae | 14-50093 | 3290 | 02/03/2014 | |

| | **Receipt** 08/12/2015 15:45:29 20473806 |
|---|---|
| **User** | ec0709 |
| **Client** | Bexar Appraisal District |
| **Description** | All Court Types Party Search<br>Name Martin, Rowland All Courts Page: 1 |
| **Pages** | 1 ($0.10) |

TAB K

19 records match search criteria.

| Cause No. | Last / Business Name | Suf | First Name | MI | Date Filed | Litigant Type | SID | Court | Case Description | Case Status | View Case |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1986TA200081 | MARTIN | ROWLAND | | | 02/28/86 | DEFENDANT | N/A | | 073 | DELINQUENT TAXES | DISPOSED | |
| 2006CI15329 | MARTIN | | ROWLAND | | 10/13/06 | OTHER | | N/A | 057 | INJUNCTION | DISPOSED | |
| 2014CI07644 | MARTIN | JR | ROWLAND | | 05/13/14 | DEFENDANT | N/A | 285 | OTHER CIVIL CASES | DISPOSED | |
| 2014CI07644 | MARTIN | JR | ROWLAND | | 07/14/14 | DEFENDANT | N/A | 285 | OTHER CIVIL CASES | DISPOSED | |
| 2014CI07644 | MARTIN | | ROWLAND | | 08/05/14 | DEFENDANT | N/A | 285 | OTHER CIVIL CASES | DISPOSED | |
| 280403 | MARTIN | | ROWLAND | | 01/27/03 | PLAINTIFF | N/A | 005 | APPEAL FROM J.P. COURTS | PENDING | |
| 1995TA104007 | MARTIN | JR | ROWLAND | J. | 12/13/95 | DEFENDANT | N/A | 166 | DELINQUENT TAXES | DISPOSED | |
| 1999TA100884 | MARTIN | JR | ROWLAND | J. | 04/01/99 | DEFENDANT | N/A | 150 | DELINQUENT TAXES | DISPOSED | |
| 2001TA100481 | MARTIN | JR | ROWLAND | J. | 02/20/01 | DEFENDANT | N/A | 408 | DELINQUENT TAXES | DISPOSED | |
| 2001TA104071 | MARTIN | JR | ROWLAND | J. | 11/06/01 | DEFENDANT | N/A | 045 | DELINQUENT TAXES | DISPOSED | |
| 2003TA102385 | MARTIN | JR | ROWLAND | J. | 06/18/03 | DEFENDANT | N/A | 150 | DELINQUENT TAXES | DISPOSED | |
| 2004TA102802 | MARTIN | JR | ROWLAND | J. | 06/22/04 | DEFENDANT | N/A | 224 | DELINQUENT TAXES | DISPOSED | |
| 2005CI18113 | MARTIN | JR | ROWLAND | J. | 11/14/05 | PLAINTIFF | N/A | 073 | DECLARATORY JUDGMENT | DISPOSED | |
| 2005CI18113 | MARTIN | | ROWLAND | J. | 12/12/05 | PLAINTIFF | N/A | 073 | DECLARATORY JUDGMENT | DISPOSED | |
| 2009TA101454 | MARTIN | JR | ROWLAND | J. | 04/16/09 | DEFENDANT | N/A | 288 | DELINQUENT TAXES | DISPOSED | |
| 2010CI19099 | MARTIN | | ROWLAND | J. | 11/15/10 | PROPIA PERSONA | N/A | 150 | OTHER TAX | DISPOSED | |
| 2014TA100159 | MARTIN | JR | ROWLAND | J. | 02/28/14 | DEFENDANT | N/A | 166 | DELINQUENT TAXES | DISPOSED | |
| 2014TA100224 | MARTIN | JR | ROWLAND | J. | 03/06/14 | DEFENDANT | N/A | 045 | DELINQUENT TAXES | PENDING | |
| 11-E-0201038-01 | MARTIN | | ROWLAND | J. | 01/21/03 | PLAINTIFF | N/A | JP1 | APPEAL FROM J.P. COURTS | CLOSED | |

TAB L

# CASE SEARCH CRITERIA

---

○ Case Search    ○ Document Search        **Case No.:**                    [                    ]

                                          **Partial Case No.:**            [                    ]

☑ All Courts                              ● Both  ○ Civil  ○ Criminal

                                          **Inactive Cases**              ☐ Exclude

☐ Supreme Court    ☐ 7th Court            **Date Filed**        [                    ]         to
☐ Criminal Appeals ☐ 8th Court            **Style**                [ Rowland Martin ]  v.
☐ 1st Court        ☐ 9th Court
☐ 2nd Court        ☐ 10th Court
☐ 3rd Court        ☐ 11th Court
☐ 4th Court        ☐ 12th Court           **Attorney or Bar No:**      [                ] (Name/Bar No.)
☐ 5th Court        ☐ 13th Court           **Trial Court Case No:**     [                ]
☐ 6th Court        ☐ 14th Court
                                          **Originating COA:**          [ - Select - ]

                                          **Trial Court County:**       [ - Select - ]

                                          **Trial Court:**              [ - Select - ]

[ Search ]  [ Clear Search ]  [ Case Search Help ]

Re-sort your search results by clicking on the column titles.

Export to Excel    Export to PDF

| 1 | | | | | | | | | 2 items in 1 pages |
|---|---|---|---|---|---|---|---|---|---|
| Case Number | Date Filed | Style | v. | Case Type | COA Case Number | Trial Court Case Number | Trial Court County | Trial Court | Appellate Court |
| **04-14-0084** | 12/3/2014 | In re Rowland Martin | | Mandamus | | 2014CI0764 | Bexar | 285th Judicial District Court | COA04 |
| **04-14-0048** | 7/8/2014 | Rowland Martin, Jr. | Edward L. Bravenec and 1216 West Ave.... | Interlocutory | | 2014-CI-076 | Bexar | 285th Judicial District Court | COA04 |
| 1 | | | | | | | | | 2 items in 1 pages |

**NOTE:** This information is compiled and made available as a public service by The Supreme Court of Texas, the Texas Court of Criminal Appeals and the Courts of Appeals. However, these courts make no warranty as to the accuracy, reliability, or completeness of the information and are not responsible for any errors or omissions or for results obtained from the use of the information. Distribution of the information does not constitute such a warranty. Use of the information is the sole responsibility of the user.

TAB M

Also note that neither TCO nor OCA have or maintain records on individual trial court cases but we maintain the following list of searchable county systems. You would need to contact the court **DIRECTLY** for specific case information, see our online Judicial Directory [or view pdf version] for contact information.

To view or print PDF files you must have the Adobe Acrobat® reader. This software may be obtained without charge from Adobe. Download the reader from the Adobe Web site.

2

TAB M